■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE T.J., Appellant. [955 NYS2d 782]

Memorandum: Defendant appeals from an adjudication revoking the term of probation previously imposed upon his conviction of robbery in the second degree (Penal Law § 160.10 [1]) and sentencing him to a term of imprisonment. Defendant contends that County Court erred in resentencing him in the absence of an updated presentence report. Defendant waived that contention, however, inasmuch as he explicitly waived the preparation of an updated report (*see People v Servey*, 96 AD3d 1428, 1428-1429 [2012], *lv denied* 19 NY3d 1001 [2012]; *People v Motzer*, 96 AD3d 1635, 1636 [2012]). Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.